IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NOS. 11-653-1 & 12-159-2 |
| HAKI WHALEY<br>USM#68038-066 | : |

**ORDER**

AND NOW this 13 day of July, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 210 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

BY THE COURT:

The Honorable Berle M. Schiller
Senior United States District Court Judge

7-13-15  2 CERT. COPIES TO:
U.S. MARSHAL